PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO GAMBLING RECOVERY LLC, | ) | |
| | ) | CASE NO. 4:25CV1573 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| KALSHI INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| OHIO GAMBLING RECOVERY LLC, | ) | |
| | ) | CASE NO. 4:25CV1574 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| KALSHI INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

On June 11, 2025, Plaintiff Ohio Gambling Recovery LLC filed a Complaint (ECF No. 1-1 at PageID #: 15-40 in No. 4:25CV1573) in the Mahoning County, Ohio Court of Common Pleas, being Case No. 2025 CV 01517. Subsequently, Defendants filed two separate notices of removal on July 28, 2025, resulting in two federal cases.

(4:25CV1573 and 4:25CV1574)

For the sake of efficiency and without presuming that the Court has subject-matter jurisdiction or that removal was appropriate, Case Nos. 4:25CV1573 and 4:25CV1574 are hereby consolidated pursuant to Fed. R. Civ. P. 42(a). Case No. 4:25CV1574 is hereby closed.[1]

The Clerk of Court shall docket the within Order in both Case Nos. 4:25CV1573 and 4:25CV1574. In the future, all pleadings and other papers for the above-entitled actions shall only be filed in and docket entries shall only be made in Case No. 4:25CV1573.

IT IS SO ORDERED.

| | |
|---|---|
|   July 31, 2025   |   */s/ Benita Y. Pearson*   |
| Date | Benita Y. Pearson<br>United States District Judge |

---

[1] The Clerk's Office shall administratively close Case No. 4:25CV1574.