PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO GAMBLING RECOVERY LLC, | ) |
| | ) CASE NO. 4:25CV1573 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| KALSHI INC., *et al.*, | ) |
| | ) **ORDER** |
| Defendants. | ) [Resolving ECF No. 7] |

Pending is Defendants Robinhood Derivatives, LLC, Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., Kalshi Klear LLC, and Webull Corporation's Consent Motion to Extend Time to Respond to the Complaint (ECF No. 7). These Defendants move the Court for an extension of time until September 3, 2025—one week after Plaintiff's cutoff date to file a motion to remand—and, if Plaintiff moves to remand, to 30 days after the Court rules on the motion to remand.

Without presuming that the Court has subject-matter jurisdiction or that removal was appropriate, the motion is granted in part. Defendants Robinhood Derivatives, LLC, Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., Kalshi Klear LLC, and Webull Corporation shall move, plead or otherwise respond to the Complaint (ECF No. 1-1 at PageID #: 15-40) on or before September 3, 2025.

IT IS SO ORDERED.

   July 31, 2025                                  */s/ Benita Y. Pearson*
Date                                              Benita Y. Pearson
                                                        United States District Judge